Magistrate Judge Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff

        v.

Tatenda BANGA,

           Defendant.

CASE NO. MJ25-011

COMPLAINT for VIOLATIONS

Title 18, U.S.C. Section 922(g)(5)
Title 21, U.S.C. Section 841(a)(1)

BEFORE, PAULA L. MCCANDLIS, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Unlawful Possession of a Firearm)

On or about January 3, 2024, in Whatcom County, within the Western District of Washington, TATENDA BANGA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce,

Complaint - 1
*United States v. Banga*

a firearm, that is 12-gauge Winchester shotgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT TWO

### (Possession with the Intent to Distribute a Controlled Substance)

On or about December 27, 2024, in Whatcom County, within the Western District of Washington, TATENDA BANGA did knowingly and intentionally possess, with intent to distribute, a controlled substance, namely 3,4-methylenedioxymethamphetamine (MDMA), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

And the complainant states that this Complaint is based on the following information:

I, Sean R. Frobe, being first duly sworn on oath, depose and say:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Border Patrol Intelligence Agent with the United States Border Patrol (USBP) assigned to the Blaine Sector Anti-Smuggling Unit (BLW ASU) and have been so employed since October 16, 2008. Prior to being assigned to the BLW ASU, I was assigned to the USBP Sector Intelligence Unit both in Tucson, AZ and Blaine, WA. In this capacity, I was responsible for conducting criminal investigations regarding the violation of immigration laws of the United States. In 2008, I graduated from the United States Border Patrol Academy at the FLETC in Artesia, New Mexico. I am a Certified Crime Scene Investigator. I also was a lab analyst at the Joint Arizona Forensic Center from 2015 to 2020, in which I processed evidence from criminal cases submitted from multiple law enforcement agencies.

2. I am currently assigned to BLW ASU, which focuses on the enforcement of immigration and narcotics laws, including human trafficking and smuggling. I am an

Complaint - 2
*United States v. Banga*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As such, I am authorized to investigate and enforce violations of federal criminal statutes, including those in Titles 8, 18, and 21 of the United States Code.

3.      The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.      Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Tatenda BANGA has committed the offense of Possession with the Intent to Distribute a Controlled Substance in violation of Title 21, United States Code Section 841(a)(1) and Possession of a Firearm by a Prohibited Possessor in violation of Title 18, United States Code Section 922(g)(5).

## SUMMARY OF PROBABLE CAUSE

### Background

5.      The United States Border Patrol (USBP) has detection capabilities along the northern border to detect contraband unlawfully crossing the border between the United States and Canada. On January 3, 2024, a still image was captured by Blaine Sector Border Patrol detection technology of what appeared to be an armed person unlawfully entering the United States between the ports of entry near Hozomeen, WA. The image was taken approximately 100 yards south of U.S./Canada border on a north/south road. The images show a black male wearing a headlamp, a backpack with a

Complaint - 3
*United States v. Banga*

distinctive oval shaped pouch on the upper part of the backpack, a high visibility shirt or vest and red to orange pants and, black, below the knee, rubber boots.

6.     The images show that the person was carrying a longarm shotgun in their right hand. The longarm appeared unique due to the improvised sling that is attached at the rear point by utilizing the trigger guard of the shot gun. This is extremely uncommon to see with hunters, sportsman, and others familiar and comfortable with firearms. The silver in color finish of the firearm's barrel is also uncommon as it is meant to operate in marine environments without rusting.

7.     On January 3, 2024, a camera owned by the United States, that was located in the same area of that captured the images of the armed person, was disabled due to refacing of the camera. The images of the armed person were captured prior to the refacing of the camera. In my experience, people who enter the United States unlawfully or smugglers of contraband will attempt to evade detection or apprehension by preventing agents from obtaining evidence of their unlawful conduct.

8.     On January 4, 2024, USBP agents, USBP Special Operations Detachment (SOD) operators, and National Parks Service (NPS) rangers responded to the Ross Lake National Recreation Area to investigate area where the person unlawfully entering the country was recorded and the inoperable camera was located. Ross Lake spans across the U.S./Canada border and has been used for criminal activity in past. Agents began looking for the person who was detected unlawfully entering the United States, as well as refacing the disabled camera.

9.     At approximately 9:15 a.m., USBP agents were advised by NPS rangers that they had received a call from a concerned citizen reporting that a suspicious person was walking towards the officer's location on Silver Skagit Road. As the agents rounded a corner in their vehicles on the Silver Skagit Road, they observed a person run east into the forested area that borders the road upon seeing the agents approaching. The agents exited their vehicles and began searching for the person.

Complaint - 4
*United States v. Banga*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10.     During the search, law enforcement officers discovered a loaded 12-gauge Winchester shotgun (Serial Number: 12AZN07706). At or around 10:25 a.m., Acting Watch Commander Anthony Quattrocchi discovered the firearm approximately 75 yards east of where the person was last seen on Silver Skagit Road. SOD Acting Patrol Agent in Charge Jonathan Oman retrieved the firearm and removed the ammunition from the firearm. In my experience, the area is isolated and is often restricted from public access during winter months. The area is difficult to access due to unmaintained roads. The shotgun appeared recently discarded based on the lack of leaves, debris, or precipitation on the shotgun. Two 12-gauge shotgun cartridges were discovered loaded in the firearm. Agent Oman transported the firearm to the Bellingham Border Patrol Station, where it was placed in temporary storage in the secured evidence vault. After a multiple day search, the person was not encountered again.

11.     Since I am a Certified Crime Scene Investigator, I examined the shotgun and ammunition. I observed a marine finished shotgun with a modified stock, which had electrical tape wrapped around it. There was also a flashlight affixed under the barrel with more electrical tape. Based on my forensic experience, I knew that adhesives present multiple characteristics able to be exploited for biometric identification. I contacted the Joint Arizona Forensic Center (JAFC) and asked them to process the firearm for latent fingerprints, to submit a request for purchaser information via the Alcohol Tabacco Firearms (ATF) system eTrace, and to test fire the firearm for entry into the ATF National Integrated Ballistic Information Network (NIBIN). The shotgun and ammunition were shipped to the JAFC on or about January 19, 2024.

12.     On February 5, 2024, an eTrace report was received. This report determined that the recovered 12-gauge shotgun was originally shipped to a firearms dealer, Browning Canada Sports, in Montreal, Canada.

13.     On March 7, 2024, Customs and Border Protection (CBP) Laboratories and Scientific Services (LSS) found two friction ridge impression images of value recovered

Complaint - 5
*United States v. Banga*

from electrical tape wrapped around the shotgun. The exhibits were searched in the Federal Bureau of Investigations (FBI) Next Generation Identification and Office of Biometric Identity Management IDENT fingerprint repositories. The exhibits did not match to any records on file. The exhibits were submitted and stored in the FBI Unsolved Latent Files system.

14. On December 27, 2024, USBP received a call from NPS Supervisory Ranger Landon Rick, about potential cross-border criminal activity at Ross Lake in Hozomeen, WA. An abandoned NPS canoe was discovered near Ross Dam, on the north end of Ross Lake on the U.S. side. Inside the canoe was a machete, an NPS paddle, NPS life jacket, and food wrappers. USBP contacted Royal Canadian Mounted Police (RCMP) and asked them to review border technology for any sighting of a person that may have been connected to the canoe. The RCMP provided two images showing a person on the Canadian side of the border. The images showed the person wearing a headlamp and had with them what appeared to be the same backpack as the person encountered in the January of 2024 incident mentioned above. The images showed the person proceeding southbound towards the. U.S. side of border.

15. Border Patrol Agent (BPA) Christopher Jacobs responded to the area at the request of NPS to investigate a recent sighting, by a park employee, of a person on Highway 20. Hwy 20 is near the southern end of Ross Lake, approximately 24 miles south of the international border with the U.S. and Canada, on the United States side. Near mile marker 128 on Highway 20, while BPA Jacobs and NPS Rangers were driving towards the last known location of the person seen in the RCMP photos, and they encountered a person, later identified as Tatenda BANGA walking on the side of HWY 20, in the United States.

16. BPA Jacobs was in full Border Patrol uniform and identified himself as a BPA and conducted an immigration inspection. He determined that BANGA was not a citizen of the United States, had previously been issued an F1 student visa in 2017 that

Complaint - 6
*United States v. Banga*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

expired in 2019, and had no documents to establish that he had authorization to enter or remain in the United States. BANGA was taken into custody for being an alien unlawfully present in the United States. He was transported to the Bellingham Border Patrol Station for processing and further interview.

17.    At the Border Patrol Station, Defendant's backpack he had in his possession at the time he was taken into custody was searched. In the backpack, agents located a purple crystalized rock-like substance, along with empty gelatine capsules, a scale, and a powder that appeared to be pulverized from the larger purple crystals. The substance was tested by LSS Chemist Vicki Prautzsch, using a Gemini chemical analysis device. LSS determined that the substance tested positive for 3,4-methylenedioxymethamphetamine (MDMA). The MDMA was weighed at the Bellingham Border Patrol Station using a calibrated scale. The weight of the MDMA was 649 grams (1.430lbs).

18.    Due to BANGA's physical appearance resembling the subject's who was photographed on January 3, and January 4, 2024, and that the location of those events was proximate to where BANGA was encountered on December 27, 2024, the JAFC was asked to reexamine the unsolved latent files recovered from the electrical tape to the exemplars of BANGA's friction ridges captured at booking. LLS Fingerprint Specialist Lorenia Vega identified a fingerprint on the electrical tape wrappings as belonging to BANGA.

//

//

//

Complaint - 7
*United States v. Banga*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19.     Based on the above facts, I respectfully submit that there is probable cause to believe that Tatenda BANGA did knowingly and intentionally commit the aforementioned offenses, in violation of Title 18, United States Code, Section 922(g)(5) and Title 21, United States Code, Section 841(a)(1).

_____
Sean R. Frobe, Complainant
Border Patrol Agent, USBP

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 10th day of January, 2025.

_____
HON. PAULA L. McCANDLIS
United States Magistrate Judge

Complaint - 8
*United States v. Banga*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970