Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JANUARY 29, 20 25
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TATENDA BANGA,<br><br>Defendant. | NO. **CR25-013 JNW**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about January 3, 2024, in Whatcom County, within the Western District of Washington, TATENDA BANGA, knowing himself to be an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is a 12-gauge Winchester shotgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

//

Indictment - 1
*United States v. Banga*
USAO No. 2025R00030

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Possession of a Controlled Substance with Intent to Distribute)

On or about December 27, 2024, in Whatcom County, within the Western District of Washington, and elsewhere, TATENDA BANGA did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: 3,4-methylenedioxymethamphetamine (MDMA), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1–2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, TATENDA BANGA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense. Such property includes, but is not limited to:

a. one 12-gauge Winchester shotgun; and

b. any associated ammunition.

Upon conviction of the offense alleged in Count 2, TATENDA BANGA shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to:

a. one 12-gauge Winchester shotgun; and

b. any associated ammunition.

//

//

Indictment - 2
*United States v. Banga*
USAO No. 2025R00030

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 1/29/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

_____
KATHERINE COLLINS
Assistant United States Attorney

Indictment - 3
*United States v. Banga*
USAO No. 2025R00030

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970